UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON D KIRSH,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>RODEWAY INN HOTEL AND SUITES, et al.,<br><br>　　　　　　　　Defendants. | Case No. C21-5371 BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for September 10, 2021 |

This matter comes before the Court on plaintiff's failure to respond to the Court's Order to Show Cause.

Plaintiff filed a motion for leave to proceed *in forma pauperis* and proposed complaint. Dkt. 1. On July 9, 2021, the Court ordered plaintiff to show cause why plaintiff's complaint should not be dismissed for failure to state a claim or file a proposed amended complaint to cure, if possible, the deficiencies the Court identified in plaintiff's complaint. Dkt. 6. The Court informed plaintiff that the proposed complaint was fatally deficient for failure to allege sufficient facts to state a Section 1983 cause of action and for lack of subject matter jurisdiction. *Id*. The deadline for plaintiff's response was set for July 30, 2021. *Id*. Plaintiff has not responded to the Court's order to show cause and has not submitted a proposed amended complaint.

REPORT AND RECOMMENDATION - 1

1    The undersigned recommends the Court DISMISS plaintiff's complaint without
2 prejudice for failure to prosecute.
3    Plaintiff has **fourteen (14) days** from service of this Report and
4 Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule
5 of Civil Procedure (FRCP) 72(b); *see also* FRCP 6. Failure to file objections will result in
6 a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140
7 (1985). Accommodating the above time limit, the Clerk shall set this matter for
8 consideration on **September 10, 2021**, as noted in the caption.
9    Dated this 27th day of August, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2