1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAYTON D. KIRSH,

          Plaintiff,

  v.

RODEWAY INN HOTEL AND SUITES, et al.

          Defendants.

CASE NO. C21-5371 BHS

ORDER DECLING TO ADOPT REPORT & RECOMMENDATION

13  This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 7, and Plaintiff

15  Clayton Kirsh's request for an extension of time, Dkt. 8.

16  On May 19, 2021, Kirsh filed a motion for leave to proceed *in forma pauperis* and

17  a proposed complaint. Dkt. 1. On July 9, 2021, the Court ordered Kirsh to show cause

18  why his complaint should not be dismissed for failure to state a claim or file a proposed

19  amended complaint to cure, if possible, the deficiencies the Court identified in his

20  complaint. Dkt. 6. The Court informed Kirsh that the proposed complaint was fatally

21  deficient for failure to allege sufficient facts to state a Section 1983 cause of action and

22  for lack of subject matter jurisdiction. *Id.* The deadline for Kirsh's response was set for

1  July 30, 2021. *Id.* Kirsh did not respond to the Court's order to show cause and did not

2  submit a proposed amended complaint.

3  Judge Fricke issued the instant R&R, recommending that the Court dismiss

4  Kirsh's complaint without prejudice for failure to prosecute. Dkt. 7. On September 1,

5  2021, Kirsh moved for an extension of time to respond to the order to show cause,

6  explaining that he was unable to respond to the order because he had been diagnosed with

7  COVID-19 and was in quarantine. Dkt. 8.

8  Because of Kirsh's response and the change of circumstances, the Court

9  **DECLINES** to adopt the R&R at this time. Kirsh is ordered to show cause why his

10  complaint should not be dismissed, or he may file a proposed amended complaint to cure,

11  if possible, the deficiencies noted by Judge Fricke on or before **November 5, 2021**.

12  The Clerk is directed to send Kirsh the appropriate forms for filing a 42 U.S.C.

13  § 1983 civil rights complaint and for service, a copy of this Order, a copy of the Order to

14  Show Cause, Dkt. 6, and the pro se information sheet. This matter is re-referred to Judge

15  Fricke for further consideration.

16  **IT IS SO ORDERED.**

17  Dated this 6th day of October, 2021.

BENJAMIN H. SETTLE
United States District Judge