UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON D KIRSH,<br><br>            Plaintiff,<br>    v.<br><br>RODEWAY INN HOTEL AND SUITES, et al.,<br><br>            Defendants. | Case No. C21-5371 BHS-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for December 3, 2021 |

This matter comes before the Court on plaintiff's failure to respond to the Court's Order to Show Cause.

Plaintiff filed a motion for leave to proceed *in forma pauperis* and proposed complaint. Dkt. 1. On July 9, 2021, the Court ordered plaintiff to show cause why plaintiff's complaint should not be dismissed for failure to state a claim or file a proposed amended complaint to cure, if possible, the deficiencies the Court identified in plaintiff's complaint. Dkt. 6. The Court informed plaintiff that the proposed complaint was fatally deficient for failure to allege sufficient facts to state a Section 1983 cause of action and for lack of subject matter jurisdiction. *Id*. The deadline for plaintiff's response was set for July 30, 2021. *Id*.

Plaintiff did not respond to the Court's order to show cause and did not submit a proposed amended complaint. The undersigned issued a Report and Recommendation recommending that the Court dismiss plaintiff's complaint without prejudice for failure to

REPORT AND RECOMMENDATION - 1

prosecute. Dkt. 7. Plaintiff filed a timely objection requesting an extension of time to respond to the order to show cause, explaining that he was unable to respond because he had been diagnosed with COVID-19 and was in quarantine. Dkt. 8. Considering the change of circumstances, the Court declined to adopt the Report and Recommendation, granting plaintiff until November 5, 2021 to file a response to the order to show cause. Dkt. 9. The Court re-referred this matter to the undersigned. *Id.*

The deadline for plaintiff to respond to the Court's order to show cause was set for November 5, 2021. Plaintiff has not responded to the Court's order to show cause and has not filed a proposed amended complaint.

The undersigned recommends the Court DISMISS plaintiff's complaint without prejudice for failure to prosecute.

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRCP 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the above time limit, the Clerk shall set this matter for consideration on **December 3, 2021**, as noted in the caption.

Dated this 18th day of November, 2021.

Theresa L. Fricke
United States Magistrate Judge