UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON D. KIRSH,<br><br>                    Plaintiff,<br><br>    v.<br><br>RODEWAY INN HOTEL AND SUITES, et al.,<br><br>                    Defendants. | CASE NO. C21-5371 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**;

(2)  Plaintiff's complaint is **DISMISSED without prejudice**; and

(3)  Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

\\

ORDER - 1

1   Dated this 2nd day of May, 2022.

                                           *[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2